No. 96–5231. CHAPMAN v. VANDER ARK, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–5233. ATAMIAN v. CHIN ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 96–5235. WILLIAMS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 96–5236. CHRISTENSEN v. SCOTT, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–5237. DECKARD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5238. BABINEAUX v. KLEVENHAGEN ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–5240. MATTHEWS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 96–5243. GOINS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 96–5245. OFFIONG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5247. BANE v. SPROUSE ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–5248. MORRISON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–5249. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5250. IQBAL v. BERKELEY MARINA MARRIOTT MANAGEMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–5251. OLGUINI v. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–5253. SIMPSON v. FREEMAN. Ct. App. N. M. Certiorari denied.